**(100 App. Div. 515)**

CULLINAN, Respondent, v. PAXON et al., Appellants. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Patrick W. Cullinan against Elliott D. Paxon and others. W. W. Cantrell, for appellants. H. H. Kellogg, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on opinion in Cullinan v. Burkard et al., 93 App. Div. 31, 86 N. Y. Supp. 1003.

CUMMINGS v. HEALEY et al. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Fannie G. Cummings, as trustee, against George W. Healey and another. No opinion. Upon reading and filing the stipulation of the parties, appeal dismissed, without costs.

CURRAN, Respondent, v. SHAPIRO, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Joseph F. Curran against William Shapiro. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

DANIELS, Respondent, v. PIERCE, Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Louise Daniels against Charles H. Pierce. J. Chaney, for appellant. N. L. Koach, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DAVIS, Appellant, v. OWENS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Sarah A. Davis against John C. Owens.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of fact. Held, that the finding of the learned trial justice "that there was no fraud or undue influence practiced upon the said Charles Owens by the defendant, John C. Owens, to obtain said mortgage, or in connection with the execution and delivery thereof," and "that said mortgage was duly and freely acknowledged by the said Charles Owens, and delivered by him to said John C. Owens," is against the weight of the evidence, and that, in view of the fact that the justice by whom the case was decided did not see the witnesses, another trial should be had.

STOVER, J., dissents. HISCOCK, J., not sitting.

DAVIS, Appellant, v. WENDE, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.). Action by George A. Davis against Grover W. Wende.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the motion for an additional bill of particulars was prematurely made, and that such bill of particulars is un-

necessary to enable defendant to answer. See American Credit Indemnity Company v. Bondy, 17 App. Div. 328, 45 N. Y. Supp. 267.

McLENNAN, P. J., not voting.

In re DEMAREST. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) In the matter of Frank P. Demarest, an attorney at law. No opinion. Order granted, striking the name of Frank P. Demarest from the roll of attorneys.

DEUTSCH, Appellant, v. METROPOLITAN ST. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Filip Deutsch against the Metropolitan Street Railroad Company. C. Steckler, for appellant. B. H. Ames, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

LAUGHLIN and HATCH, JJ., dissent.

**(99 App. Div. 624)**

DEVERY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Kiernan Devery against the city of New York. L. W. Redington, for appellant. T. Farley, for respondent.

PER CURIAM. Judgment affirmed, on opinion in Storey v. Mayor, 29 App. Div. 316, 51 N. Y. Supp. 580, with costs.

D'HERBLAY, Respondent, v. REDDICK et al., Appellants. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Emile L. d'Herblay against Helen Reddick and others. R. M. Moore, for appellants. O. H. Droege, for respondent. No opinion. Judgment affirmed, with costs.

DI BARBIERA, Appellant, v. SPIER et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Bartolomeo Di Barbiera against Charles L. Spier and Eugene B. Howell, as receivers of the Staten Island Midland Railroad Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

DODGE, Appellant, v. DRONEY LUMBER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by William D. Dodge against the Droney Lumber Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant on the nonsuit, with costs to the defendant.

STOVER, J., not voting.

DODGE, Appellant, v. FORSYTHE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by Elizabeth F. Dodge against Mary S. Forsythe and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

STOVER, J., not sitting.